IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOUGLAS DUANE DAMOUDE,** | ) | CASE NO. 4:14CV3020 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| **JUDGE SUSAN STRONG,** | ) ) | |
| Defendant. | ) | |

_____     _____

| | | |
|---|---|---|
| **DOUGLAS DUANE DAMOUDE,** | ) | CASE NO. 4:14CV3021 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| **HBI, LLC, and JOHN J. REEFE,** | ) ) | |
| Defendants. | ) | |

_____     _____

| | | |
|---|---|---|
| **DOUGLAS DUANE DAMOUDE,** | ) ) | CASE NO. 4:14CV3080 |
| Plaintiff, | ) ) | |
| v. | ) ) | REASSIGNMENT ORDER |
| **WELLS FARGO MORTGAGE, BANK,** | ) ) | |
| Defendant. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(B). Accordingly, Case No. 4:14CV3080, *Douglas Duane*

*Damoude v. Wells Fargo Mortgage, Bank,* is reassigned to Chief District Judge Laurie Smith Camp for disposition.

 IT IS SO ORDERED.

 DATED this 16th day of May, 2014.

           BY THE COURT:

           s/Laurie Smith Camp
           Chief United States District Judge